To whom it may concern.

In re: 26-05704 Chariss Lewis

Last 6 of Vin # 620748

Please withdraw document number 4 from the docket, as it has been filed in error. I am sorry for any confusion or inconvenience that this may cause. Thank you for your attention to this matter.



A Trusted Name in Financial Services

**MARLENA ADAIR**
BK ANALYST II

P 866.831.5954
MAdair@peritusservices.com

8505 Freeport Pkwy, Ste 250
Irving, Texas 75063